IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER M. FISHER,

    Plaintiff,

  v.

TIMOTHY A. DOUMA, WARDEN;
LARRY W. FUCHS,
SECURITY DIRECTOR; DIANE M.
FLADHAMMER, HOUSING
UNIT MANAGER; CAPTAIN RALPH;
BRETT L. SUTTON, FOOD SERVICE
ADMINISTRATOR; HAZEL
RITCHART, FOOD SERVICE CFSL;
S. GOODMAN, INSTITUTION
COMPLAINT EXAMINER; AND
VANBEAK, CORRECTIONAL
OFFICER.,

    Defendants.

Case No. 17-cv-743-slc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 01/28/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |