IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

*****************************************************************

CHRISTOPHER M. FISCHER,

Plaintiff,

vs. §1983 Case No. 17-cv-743-slc.

TIMOTHY A. DOUMA, Warden; LARRY W.
FUCHS, Security Director; DIANE M.
FLADHAMMER, Housing Unit Manager;
BRETT L. SUTTON, Food Service Admin-
istrator; HAZEL RITCHART, Food Service
CFSL; S. GOODMAN, Institution Complaint
Examiner; and VANBEAK, Correctional Officer;

Defendant[s].

*****************************************************************

## NOTICE OF APPEAL

*****************************************************************

NOTICE is hereby given that Christopher M. Fischer [DOC #482788-A], Plaintiff [Prisoner] aboved named, hereby "Appeals" to the United States Court of Appeals for the Seventh Circuit from the Judgment In A Civil Case (Attachment - #1)/(Dkt. #18:1), Filed on January 28, 2019 from the Order of Magistrate Judge Stephen L. Crocker, entered on January 28, 2019, Dismissing 42 U.S.C. §1983 Civil Rights "Retaliation/Sexual Harassment" Claim(s) Based upon his "Wholesale Acceptance of A.] Defendant Douma concluded that Fisher's SPN request was appropriately denied because staff investigated and was unable to find any evidence confirming that Fisher was being harassed or threatened (Dkt. #17:8); and B.] Accordingly, since Fisher has no reasonable basis to proceed past screening on a retaliation claim against any conceivable defendant, I am dismissing this complaint (Dkt. #17:14-15).

That based upon the Judgment In A Civil Case filed on this

(1).

January 28, 2019 "Order" of Magistrate Judge, Stephen L. Crocker "Dismissing" 42 U.S.C. §1983 Civil Rights Lawsuit in its entirity, there is nothing further pending in the District Court, other than Appellate Review procedural executions of this Notice Of Appeal To The Seventh Circuit Court Of Appeals From A Judgment Upon The Order Of The United States District Court For The Western District Of Wisconsin (Dkt. #17:1-15)/(Dkt. #18:1). I.e., (Attachment - #1)..

Dated this 27th day of February, 2019. Portage; Wisconsin.

CMF-OBM/File.
Attachment-#1 (01-Pages).

xc: A.G. Josh Kaul,
    State Dept. Of Justice
    P.O. Box 7857 / S.D.O.J.
    Madison; Wis. 53707-7857

Respectfully Filed By:

/s/: Christopher M. Fischer/OBM.
Christopher M. Fischer #482788
Pro Se, [In Forma Pauperis]
Columbia Correctional Institution
Post Office Box 900 / CCI-Unit-#5.
Portage; Wisconsin. 53901-0900

**Materials Prepared By:**
Oscar B. McMillian #042747-A.
DOC: 309.155 Legal Assistance.
Columbia Correctional Institution
Post Office Box 900 / CCI-Unit-#1.
Portage; Wisconsin. 53901-0900